**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of Maryland

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Pro-Fit Basketball Training, LLC |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 82-3694315 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 4960 Boiling Brook Pkwy. | |
| Number    Street | Number    Street |
| | P.O. Box |
| Rockville    MD    20852 | |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Montgomery County | |
| County | Number    Street |
| | |
| | City    State    ZIP Code |

5. **Debtor's website** (URL)    www.profitathletes.com

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201                    Voluntary Petition for Non-Individuals Filing for Bankruptcy                    page 1

Debtor  **Pro-Fit Basketball Training, LLC**_____   Case number (*if known*)_____
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
   **7139**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply*:

☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____  When _____  Case number _____
                                     MM / DD / YYYY
         District _____  When _____  Case number _____
                                     MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.  Debtor _____  Relationship _____
         District _____  When _____
                                                      MM / DD / YYYY
         Case number, if known _____

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page **2**

| Debtor | Pro-Fit Basketball Training, LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
   Number    Street
_____
_____
City                                      State      ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49        ☐ 1,000-5,000       ☐ 25,001-50,000
☐ 50-99       ☐ 5,001-10,000      ☐ 50,001-100,000
☐ 100-199     ☐ 10,001-25,000     ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☑ $0-$50,000              ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million   ☐ More than $50 billion

| Debtor | Pro-Fit Basketball Training, LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

### 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/03/2025
            MM / DD / YYYY

✘ /s/ Julian Vaughn                      Julian Vaughn
Signature of authorized representative of debtor      Printed name

Title  Sole Member

### 18. Signature of attorney

✘ /s/ David Cahn                        Date  04/03/2025
Signature of attorney for debtor                   MM / DD / YYYY

David Cahn
Printed name

Law Office of David Cahn, LLC
Firm name

129-10 West Patrick St. 2nd Floor
Number     Street

Frederick                              MD    21701
City                                   State ZIP Code

(301) 799-8072                         david@cahnlawoffice.com
Contact phone                          Email address

18279                                  MD
Bar number                             State

Amalgamated Bank
275 7th Ave.
New York, NY 10001


App Funding Beta, LLC
29 W. 36th St., Ste. 1100
New York, NY 10018


Ascendus, Inc.
80 Maiden Ln., Ste. 903
New York, NY 10038


Bharat Vithal Chaniyara
43298 Rachelle Ann Cr.
Ashburn, VA 20147


Bluevine Inc.
401 Warrent St., Ste. 300
Redwood City, CA 94063


CT Corporation System, as representative
330 N. Brand Blvd., Ste. 700
Attn: SPRS
Glendale, CA 91203


E Advance Services
370 Lexington Ave., Ste. 801
New York, NY 10017


First Corporate Solutions, as representative
914 S St.
Sacramento, CA 95811


Funding Futures LLC
100 Merrick Rd., Ste. 419E
Rockville Centre, NY 11570


Graig Bennett Sorrell
805 Plum St. SW
Vienna, VA 22180


Julian Vaughn
12909 Summit Ridge Ter., Bldg. 1
Germantown, MD 20874


KOA Sprts League, Inc.
9200 Corporate Blvd., Ste. 320
Rockville, MD 20850


Lisc Fund Management
28 Liberty St., 34th Fl.
New York, NY 10005

**M&T Bank**
One M&T Plaza, 8th Floor
Buffalo, NY 14203


**Merk Funding, Inc.**
3611 14th Ave.
Brooklyn, NY 11218


**Navitas Capital**
3975 Landmark St., Ste. 1200
Culver City, CA 90232


**Parafin, Inc.**
301 Howard St., Ste. 1500
San Francisco, CA 94105


**Raafat Raafat**
12508 Exchange Ct.
Potomac, MD 20854


**Randolph Buildings L.P.**
c/o Beth M. Irving, Esq.
1101 Wooton Pkwy., Ste. 700
Rockville, MD 20852


**Stellantis Financial Services, Inc.**
675 Bering, Ste. 710
Houston, TX 77057


**TD Bank, N.A.**
2 Portland Sq.
Portland, ME 04101


**U.S. Small Business Administration**
2 North St., Ste. 320
Birmingham, AL 35203


**Velocity Capital Group**
333 Peasall Ave.
Cedarhurst, NY 11516


**Yazan Jarrar**
2076 Kirby Rd.
McLean, VA 22101

United States Bankruptcy Court
District of Maryland

In re: Pro-Fit Basketball Training, LLC

Case No.

Chapter 11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 04/03/2025

/s/ Julian Vaughn
Signature of Individual signing on behalf of debtor

Sole Member
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name __Pro-Fit Basketball Training, LLC_____

United States Bankruptcy Court for the: __District of Maryland_____

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | KOA Sprts League, Inc.<br>9200 Corporate Blvd., Ste. 320<br>Rockville, MD, 20850 | | Monies Loaned / Advanced | | | | 400,000.00 |
| 2 | M&T Bank<br>One M&T Plaza, 8th Floor<br>Buffalo, NY, 14203 | | Monies Loaned / Advanced | | | | 174,632.00 |
| 3 | TD Bank, N.A.<br>2 Portland Sq.<br>Portland, ME, 04101 | | Judgment Liens | | | | 160,000.00 |
| 4 | Raafat Raafat<br>12508 Exchange Ct.<br>Potomac, MD, 20854 | | Monies Loaned / Advanced | | | | 100,000.00 |
| 5 | Amalgamated Bank<br>275 7th Ave.<br>New York, NY, 10001 | | Monies Loaned / Advanced | | | | 95,000.00 |
| 6 | Bluevine Inc.<br>401 Warrent St., Ste. 300<br>Redwood City, CA, 94063 | | Monies Loaned / Advanced | | | | 87,132.16 |
| 7 | Parafin, Inc.<br>301 Howard St., Ste. 1500<br>San Francisco, CA, 94105 | | Monies Loaned / Advanced | | | | 64,183.88 |
| 8 | Randolph Buildings L.P.<br>c/o Beth M. Irving, Esq.<br>1101 Wooton Pkwy., Ste. 700<br>Rockville, MD, 20852 | | Rent Arrearage | | | | 64,000.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor: Pro-Fit Basketball Training, LLC

Case number (if known): _____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | Ascendus, Inc.<br>80 Maiden Ln., Ste. 903<br>New York, NY, 10038 | | Monies Loaned / Advanced | | | | 45,000.00 |
| 10 | E Advance Services<br>370 Lexington Ave., Ste. 801<br>New York, NY, 10017 | | Monies Loaned / Advanced | | | | 42,905.00 |
| 11 | App Funding Beta, LLC<br>29 W. 36th St., Ste. 1100<br>New York, NY, 10018 | | Monies Loaned / Advanced | | | | 25,231.62 |
| 12 | Navitas Capital<br>3975 Landmark St., Ste. 1200<br>Culver City, CA, 90232 | | Monies Loaned / Advanced | | | | 23,925.72 |
| 13 | Stellantis Financial Services, Inc.<br>675 Bering, Ste. 710<br>Houston, TX, 77057 | | Deficiency Balance | | | | 12,000.00 |
| 14 | First Corporate Solutions, as representative<br>914 S St.<br>Sacramento, CA, 95811 | | Monies Loaned / Advanced | | | | 0.00 |
| 15 | Yazan Jarrar<br>2076 Kirby Rd.<br>McLean, VA, 22101 | | Agreement | Disputed | | | 0.00 |
| 16 | Graig Bennett Sorrell<br>805 Plum St. SW<br>Vienna, VA, 22180 | | Agreement | Disputed | | | 0.00 |
| 17 | Velocity Capital Group<br>333 Peasall Ave.<br>Cedarhurst, NY, 11516 | | Monies Loaned / Advanced | Disputed | | | 0.00 |
| 18 | CT Corporation System, as representative<br>330 N. Brand Blvd., Ste. 700<br>Attn: SPRS<br>Glendale, CA, 91203 | | Monies Loaned / Advanced | Disputed | | | 0.00 |
| 19 | Merk Funding, Inc.<br>3611 14th Ave.<br>Brooklyn, NY, 11218 | | Monies Loaned / Advanced | Disputed | | | 0.00 |
| 20 | Funding Futures LLC<br>100 Merrick Rd., Ste. 419E<br>Rockville Centre, NY, 11570 | | Monies Loaned / Advanced | Disputed | | | 0.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

**United States Bankruptcy Court**

**IN RE:** Case No._____

Pro-Fit Basketball Training, LLC
_____ Chapter  \_\_11_____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Julian F. Vaughn 12902 Summit Ridge Terr., Rockville, MD 20850 | 100 | Managing member |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF Maryland

In re Pro-Fit Basketball Training, LLC

Case No. _____

Chapter 11

(Debtor(s))

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Pro-Fit Basketball Training, LLC in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation(s)' equity interests, or states that there are no entities to report under FRBP 7007:

[✔] None [check if applicable]

04/03/2025                          /s/ David Cahn
Date                                Statement of attorney or Litigant